```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

RICHARD GALLEGOS, JR.                              CIVIL ACTION

VERSUS                                             NO: 07-3367

SHERIF JACK STRAIN, ET AL.                         SECTION: R(1)

### ORDER

    The Court has reviewed *de novo* the plaintiff's complaint brought under 42 U.S.C. § 1983, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection to the Magistrate Judge's Report and Recommendation. The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

    IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

    New Orleans, Louisiana, this __4th__ day of April, 2008.

                  _____
                          SARAH S. VANCE
                    UNITED STATES DISTRICT JUDGE